IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANNA L HAMPTON**                                                                                     **PLAINTIFF**

V.                                    NO. 4:21-cv-00817-JTK

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is hereby REVERSED and REMANDED. Judgment is entered in favor of the Plaintiff. This is a sentence four remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 27th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE